Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY FISHMAN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

UNITED FRUIT COMPANY, Respondent, v. ALEJANDRO ANGEL & COMPANY, INC., Appellant, Impleaded with Others. (No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

UNITED FRUIT COMPANY, Respondent, v. ALEJANDRO ANGEL & COMPANY, INC., Appellant, Impleaded with Others. (No. 4.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell and Finch, JJ.

In the Matter of the Proceedings Supplementary to Execution under a Judgment in Favor of HENLEIN LEVI and Others, Judgment Creditors, Respondents, v. NORMANDIE SHIRT CO., INC., Judgment Debtor. MAX BLANCK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Application of CHARLES KADIN, Appellant, for an Order Directing that Arbitration Provided for in a Written Contract Proceed, etc., between the Petitioner and DAVID SILBERSTEIN and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of Habeas Corpus Proceedings, JAMES W. MEADE, Ex-relator MAURICE FRANK, against the Sheriff of the County of Bronx or the Warden of the Bronx County Jail. DAVID BENSON, Appellant, v. MAURICE FRANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

ROBERT REIS & COMPANY, Respondent, v. ONEITA KNITTING MILLS, Appellant. (Action No. 1.) ONEITA KNITTING MILLS, Appellant, v. ROBERT REIS & COMPANY, Respondent. (Action No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.; Merrell and Finch, JJ., dissenting on the ground that the convenience of witnesses requires the transfer of the case to Oneida county.

SAMUEL MANN BROS., INC., Appellant, v. CHALLENGE REFRIGERATOR COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

WILLIAM L. PASSPART, Respondent, v. MARTIN BECK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

In the Matter of the Election of Directors of S. J. HALL & SONS, INC. S. J. HALL & SONS, INC., and Others, Appellants; JEANETTE CRIST HALL and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.

CATHERINE DEVINE, Respondent, v. THOMAS F. DEVINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Finch and McAvoy, JJ.